USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/20/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **PRATHIK PATEL, Individually and On Behalf of All Others Similarly Situated,**<br><br>*Plaintiff*<br><br>**v.**<br><br>**LULULEMON ATHLETICA INC., CALVIN MCDONALD, and MEGHAN FRANK,**<br><br>*Defendants* |

**24-CV-06033 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Lead Plaintiffs' pre-motion conference letter related to their anticipated motion to transfer as well as Defendants' response thereto.  ECF Nos. 36, 38.  Lead Plaintiffs' request for a pre-motion conference is **GRANTED**.  The Parties shall appear at a telephonic conference on Friday, December 13, 2024 at 12:00 p.m.  The Parties shall contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:  November 20, 2024**
         **New York, New York**

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**