USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRATHIK PATEL, Individually and On Behalf of All Others Similarly Situated, *Plaintiff* <br><br> v. <br><br> LULULEMON ATHLETICA INC., CALVIN MCDONALD, and MEGHAN FRANK, *Defendants* | 24-CV-06033 <br><br> **AMENDED ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court amends its prior order in ECF No. 39 because the Court is replacing its telephonic conference system. The Parties are **ORDERED** to appear at a telephonic conference on **Friday, December 13, 2024** at 12:00 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**
Dated:  **November 21, 2024**
         **New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**