USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRATHIK PATEL, Individually and On Behalf of All Others Similarly Situated,
*Plaintiff*

v.

LULULEMON ATHLETICA INC., CALVIN MCDONALD, and MEGHAN FRANK,
*Defendants*

24-CV-06033

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court adjourns its conference previously scheduled for Friday, December 13, 2024 at 12:00 p.m. The Parties are **ORDERED** to appear at a telephonic conference on **Tuesday, January 7, 2025** at 12:00 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**
Dated:   December 13, 2024
         New York, New York

**ANDREW L. CARTER, JR.
United States District Judge**