**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Michael G. Capeci
MCapeci@rgrdlaw.com

January 13, 2025

<u>VIA ECF</u>

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

     Re:     *Patel v. Lululemon Athletica Inc. et al.*, No. 1:24-cv-06033-ALC (S.D.N.Y.)

Dear Judge Carter:

We write on behalf of the Parties.[1] Lead Plaintiffs appreciate the Court's feedback during the January 7, 2025 pre-motion conference on Lead Plaintiffs' anticipated motion to transfer. In light of the concerns raised by the Court, and upon further consideration by Lead Plaintiffs, at this time Lead Plaintiffs no longer intend to file a motion to transfer. Accordingly, Lead Plaintiffs respectfully request that the Court strike the briefing schedule that was set for Lead Plaintiffs' anticipated motion to transfer on January 7, 2025.

Additionally, Lead Plaintiffs met and conferred with Defendants on January 10, 2025, and the Parties respectfully submit a new proposed schedule for the filing of a consolidated and/or amended complaint (the "Amended Complaint"). Specifically, the Parties respectfully request that the Court set the following deadlines, which are also set forth in the stipulation and [proposed] order attached hereto as Exhibit A:

- Lead Plaintiffs shall file an Amended Complaint on March 3, 2025;

---

[1] Lead Plaintiffs are the John Fogel Revocable Trust, Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, and Macomb County Intermediate Retirees Medical Benefits Trust (collectively, "Lead Plaintiffs"). Defendants are Lululemon Athletica Inc., Calvin McDonald, and Meghan Frank, (collectively, "Defendants"). Defendants and Lead Plaintiffs are collectively referred to as the "Parties."

**Robbins Geller
Rudman & Dowd LLP**

The Honorable Andrew L. Carter Jr.
January 13, 2025
Page 2

- Pursuant to Rule 2.A of Judge Carter's Individual Practices, Defendants shall submit a pre-motion conference letter in anticipation of their Motion to Dismiss on March 17, 2025;

- Pursuant to Rule 2.A of Judge Carter's Individual Practices, Lead Plaintiffs shall file their response to Defendants' pre-motion conference letter on March 20, 2025;

- Within forty-five (45) days of (i) the pre-motion conference, or (ii) the Court's order declining to hold a pre-motion conference, Defendants shall file their Motion to Dismiss and accompanying memorandum of law;

- Within forty-five (45) days of Defendants' filing of their Motion to Dismiss, Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss; and

- Within thirty (30) days of Lead Plaintiffs' filing of their opposition to Defendants' Motion to Dismiss, Defendants shall file any reply in further support of their Motion to Dismiss.

We appreciate the Court's consideration of this request, and are available at the Court's convenience to receive any questions.

Respectfully submitted,

*/s/ Caroline H. Zalka*
WEIL, GOTSHAL & MANGES LLP
Caroline H. Zalka
767 5th Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
caroline.zalka@weil.com

*Attorneys for Defendants lululemon
athletica inc., Calvin McDonald, and
Meghan Frank*

*/s/ Michael G. Capeci*
ROBBINS GELLER RUDMAN & DOWD LLP
Samuel H. Rudman
Michael G. Capeci
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

*/s/ Brian Calandra*
POMERANTZ LLP
Jeremy A. Lieberman
Brian Calandra

**Robbins Geller
Rudman & Dowd** LLP

The Honorable Andrew L. Carter Jr.
January 13, 2025
Page 3

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
bcalandra@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff the Fogel
Trust*

VANOVERBEKE, MICHAUD & TIMMONY,
P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiff Macomb
County*