# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

PRATHIK PATEL, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiff,

vs.

LULULEMON ATHLETICA INC., CALVIN
MCDONALD, and MEGHAN FRANK,

                Defendants.

———————————————————————— x

Civil Action No. 1:24-cv-06033-ALC

CLASS ACTION

**STIPULATION AND [PROPOSED]
ORDER SETTING SCHEDULE FOR
FURTHER PROCEEDINGS**

**WHEREAS**, on November 4, 2024, Lead Plaintiffs the John Fogel Revocable Trust, Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, and Macomb County Intermediate Retirees Medical Benefits Trust (collectively, "Lead Plaintiffs") submitted a letter to the Court requesting a pre-motion conference on their motion to transfer this Action to the United States District Court for the Southern District of Ohio (ECF No. 36);

**WHEREAS**, Defendants opposed Lead Plaintiffs' transfer motion and submitted a response to Lead Plaintiffs' pre-motion conference letter on November 7, 2024 (ECF No. 38);

**WHEREAS**, the Court held a telephonic pre-motion conference on the motion to transfer on January 7, 2025 (ECF No. 41);

**WHEREAS**, Lead Plaintiffs no longer intend to pursue the motion to transfer at this time;

**WHEREAS**, the PSLRA provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party," *see* 15 U.S.C. §78u-4(b)(3)(B);

**WHEREAS**, Lead Plaintiffs and Defendants have conferred and agreed on a revised proposed schedule for Lead Plaintiffs to file a consolidated and/or amended complaint (the "Amended Complaint") and for Defendants' anticipated motion to dismiss ("Motion to Dismiss");

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, by and among the undersigned counsel, as follows:

1. Lead Plaintiffs shall file an Amended Complaint on March 3, 2025;

2. Pursuant to Rule 2.A of Judge Carter's Individual Practices, Defendants shall submit a pre-motion conference letter in anticipation of their Motion to Dismiss on March 17, 2025;

3. Pursuant to Rule 2.A of Judge Carter's Individual Practices, Lead Plaintiffs shall file their response to Defendants' pre-motion conference letter on March 20, 2025;

4. Within forty-five (45) days of (i) the pre-motion conference, or (ii) the Court's order declining to hold a pre-motion conference, Defendants shall file their Motion to Dismiss and accompanying memorandum of law;

5. Within forty-five (45) days of Defendants' filing of their Motion to Dismiss, Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss; and

6. Within thirty (30) days of Lead Plaintiffs' filing of their opposition to Defendants' Motion to Dismiss, Defendants shall file any reply in further support of their Motion to Dismiss.

Dated: January 13, 2025

| */s/ Caroline H. Zalka* | */s/ Michael G. Capeci* |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | ROBBINS GELLER RUDMAN |
| CAROLINE H. ZALKA |   & DOWD LLP |
| | SAMUEL H. RUDMAN |
| | MICHAEL G. CAPECI |

767 5th Avenue
New York, NY 10153
Telephone:  212/310-8000
caroline.zalka@weil.com

*Attorneys for Defendants lululemon
athletica inc., Calvin McDonald, and
Meghan Frank*

58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

_____
              */s/ Brian Calandra*
POMERANTZ LLP
JEREMY A. LIEBERMAN
BRIAN CALANDRA
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  212/661-1100
jalieberman@pomlaw.com
bcalandra@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

BRONSTEIN, GEWIRTZ
  & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone:  212/697-6484
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff the
Fogel Trust*

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiff Macomb
County*

- 3 -

- 4 -

\*　　\*　　\*

**O R D E R**

IT IS SO ORDERED.

DATED: _____

                                           _____
THE HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE