**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRATHIK PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LULULEMON ATHLETICA INC., CALVIN MCDONALD, and MEGHAN FRANK,<br><br>Defendants. | Civil Action No. 1:24-cv-06033-ALC<br><br>Hon. Andrew L. Carter, Jr. |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Caroline Hickey Zalka and the exhibits attached thereto, and all prior pleadings and proceedings herein, Defendants lululemon athletica inc., Calvin McDonald, and Meghan Frank (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court, before the Honorable Andrew L. Carter, Jr., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order, dismissing the Amended Complaint (ECF No. 46) in its entirety and with prejudice pursuant to Rules 8, 9(b), and 12(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 15 U.S.C. § 78(u)-4(b), and for such other and further relief as the Court deems just and appropriate.

Pursuant to the Court's Order dated February 12, 2025 (ECF No. 45), Plaintiffs are to file and serve any opposition to Defendants' Motion to Dismiss by July 3, 2025, and Defendants are to file and serve any reply papers by August 4, 2025.

Dated: May 19, 2025

Respectfully submitted,

/s/ Caroline Hickey Zalka
Caroline Hickey Zalka
Tanner S. Stanley
Amber N. Venturelli
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10053
Tel: (212) 310-8000
Caroline.Zalka@weil.com
Tanner.Stanley@weil.com
Amber.Venturelli@weil.com

Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

*Attorneys for Defendants lululemon athletica inc., Calvin McDonald, and Meghan Frank*

2