UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRATHIK PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LULULEMON ATHLETICA INC., CALVIN MCDONALD, and MEGHAN FRANK,<br><br>Defendants. | Civil Action No. 1:24-cv-06033-ALC<br><br>Hon. Andrew L. Carter, Jr. |

**DECLARATION OF CAROLINE HICKEY ZALKA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Caroline Hickey Zalka, declare the following under penalty of perjury:

1. I am an attorney duly admitted to practice before this Court and a partner of Weil, Gotshal & Manges LLP, counsel for Defendants lululemon athletica inc. ("lululemon"), Calvin McDonald, and Meghan Frank (collectively, "Defendants"). I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint (the "Motion").

2. True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of the Motion are attached as exhibits A through U:

| **Exhibit** | **Description** |
|---|---|
| A | Chart of Relevant Disclosures |
| B | lululemon's Form 10-Q, for the quarterly period ended October 29, 2023, dated December 7, 2023 |
| C | Transcript of lululemon's Earnings Call, held on December 7, 2023 |
| D | Exhibit 99.1 to lululemon's Form 8-K, dated January 8, 2024 |

| **Exhibit** | **Description** |
|---|---|
| E | lululemon's Annual Report on Form 10-K, for the fiscal year ended January 28, 2024, dated March 21, 2024 |
| F | Transcript of lululemon's Earnings Call, held on March 21, 2024 |
| G | lululemon's Form 10-Q, for the quarterly period ended April 28, 2024, dated June 5, 2024 |
| H | Transcript of lululemon's Earnings Call, held on June 5, 2024 |
| I | *Entertainment Tonight* article, "lululemon Reimagines the Vintage Collegiate Aesthetic With New Back-to-School Collection," dated August 1, 2023 |
| J | *E! News* article, "These Under $99 lululemon Back-to-School Styles Are Anything But Textbook," dated July 27, 2023 |
| K | Transcript of lululemon's Earnings Call, held on August 29, 2024 |
| L | Calvin McDonald's Statement of Changes in Beneficial Ownership (filed on Form 4), dated December 20, 2023 |
| M | Meghan Frank's Statement of Changes in Beneficial Ownership (filed on Form 4), dated December 20, 2023 |
| N | Calvin McDonald's Statement of Changes in Beneficial Ownership (filed on Form 4), dated April 3, 2024 |
| O | Meghan Frank's Statement of Changes in Beneficial Ownership (filed on Form 4), dated December 13, 2023 |
| P | Meghan Frank's Statement of Changes in Beneficial Ownership (filed on Form 4), dated June 11, 2024 |
| Q | Exhibit 99.1 to lululemon's Form 8-K, dated May 21, 2024 |
| R | *Bloomberg Law* article, "lululemon Says It's Pausing Sales of Breezethrough Product," dated July 24, 2024 |
| S | Transcript of lululemon's Earnings Call, held on August 31, 2023 |
| T | Transcript of lululemon's "Goldman Sachs Global Retailing Conference," held on September 12, 2023 |

| **Exhibit** | **Description** |
|---|---|
| U | Transcript of lululemon's "Analyst Meeting - Shanghai," held on October 10, 2024 |

Dated: May 19, 2025
New York, New York

Respectfully submitted,

*/s/ Caroline Hickey Zalka*

Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10053
Tel: (212) 310-8527
Caroline.Zalka@weil.com

*Counsel for Defendants lululemon athletica inc., Calvin McDonald, and Meghan Frank*